IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CINDY MAHER,<br><br>                Plaintiff,<br><br>    vs.<br><br>CREIGHTON ST. JOSEPH REGIONAL HEALTHCARE SYSTEM, L.L.C., d/b/a CREIGHTON UNIVERSITY MEDICAL CENTER, and UNITED STATES OF AMERICA,<br><br>                Defendants. | 8:13CV00009<br><br>PROTECTIVE ORDER |

      Upon consideration of the Stipulation for Entry of Protective Order (Filing 24),

IT IS HEREBY ORDERED:

      The United States of America, through the U.S. Attorney's Office, will provide the medical records of Cindy Maher to Plaintiff and Co-Defendants for use in this litigation. The records may be produced in electronic format and mailed via United States Postal Service on unencrypted media.

      The Parties will treat the information as confidential and are prohibited from disclosing the medical records of Cindy Maher for any purpose other than presenting this lawsuit, without further order of the Court. The Parties may disclose the medical records to any consultants or expert witnesses necessary to prosecute or defend the case.

      Except as required by Federal law, the medical records of Cindy Maher, including all copies made, shall be returned to the United States Attorney's Office or destroyed at the end of the litigation.

DATED this 3rd day of May, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                CHERYL R. ZWART
                UNITED STATES MAGISTRATE JUDGE