IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CINDY MAHER, RON MAHER, )
)
            Plaintiffs, )           Case No. 8:13cv09
)
     vs. )
)
CREIGHTON ST. JOSEPH )
REGIONAL HEALTHCARE )          **ORDER**
SYSTEM, L.L.C.; ANDREW )
MYRTUE, M.D.; and UNITED )
STATES OF AMERICA, )
)
          Defendants. )


      Upon notice of settlement given to the magistrate judge by Andrew Sibbernsen, Denise Destache, and Robert Homan, counsel for the parties,

      **IT IS ORDERED:**

      1.  On or before **December 2, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov,  a draft order which will fully dispose of the case;

      2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

      3.  All other pending deadlines and/or hearings are cancelled upon the representation that this case is settled.

      Dated: October 3, 2013.


                  BY THE COURT:


                  s/ F.A. Gossett, III
                  United States Magistrate Judge