IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CINDY MAHER, and RON MAHER,<br><br>Plaintiffs,<br><br>vs.<br><br>CREIGHTON ST. JOSEPH REGIONAL HEALTHCARE SYSTEM, L.L.C., d/b/a CREIGHTON UNIVERSITY MEDICAL CENTER, and UNITED STATES OF AMERICA,<br><br>Defendants. | 8:13CV9<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice as to Defendant Creighton St. Joseph Regional Healthcare System, LLC, d/b/a Creighton University Medical Center (Filing No. 43). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will pay their own attorney's fees and costs, with complete record waived. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal With Prejudice as to Defendant Creighton St. Joseph Regional Healthcare System, LLC, d/b/a Creighton University Medical Center (Filing No. 43) is approved;

2. Plaintiffs' claims against Defendant Creighton St. Joseph Regional Healthcare System, LLC, d/b/a Creighton University Medical Center are dismissed with prejudice; and

3. The parties will pay their own attorney's fees and costs, complete record waived.

Dated this 17th day of October, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

8:13-cv-00009-LSC-FG3   Doc # 44   Filed: 10/17/13   Page 2 of 2 - Page ID # 122