IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CINDY MAHER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | **CASE NO. 8:13CV9**<br><br>**ORDER OF DISMISSAL** |

  This matter is before the Court on Plaintiff Cindy Maher and Defendant United States of America's Motion and Stipulation for Dismissal (Filing No. 49). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court finds that the dismissal should be approved and the above-captioned case should be dismissed with prejudice, each party will bear their own costs, and the complete record will be waived. Accordingly,

  IT IS ORDERED:

  1. The parties' Motion and Stipulation for Dismissal (Filing No. 49) is approved;

  2. The above-captioned case is dismissed with prejudice; and

  3. Each party will bear its own costs, and the complete record is waived.

Dated this 3rd day of February, 2014.

                BY THE COURT:

                s/Laurie Smith Camp
                Chief United States District Judge